Squire Sanders (US) LLP
Stacie D. Yee (State Bar # 223544)
stacie.yee@squiresanders.com
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone: +1 213 624 2500
Facsimile: +1 213 623 4581

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Derek K. Smart, a married man,<br><br>Plaintiff,<br><br>vs.<br><br>Willis Huffman, a single man,<br><br>Defendant. | Case No. 13CV0022-GPC-KSC<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Derek K. Smart hereby voluntarily dismisses this action with prejudice. Defendant Willis Huffman has not yet served an answer or a motion for summary judgment, or otherwise appeared in these proceedings. Per the terms of a separate Settlement Agreement, each party shall bear his own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 12th day of April, 2013.

SQUIRE SANDERS (US), LLP.

By: /s/ Stacie D. Yee
    Stacie D. Yee
    Attorneys for Plaintiff

NOTICE OF DISMISSAL

## CERTIFICATE OF SERVICE
## (UNITED STATES DISTRICT COURT)

I, Stacie D. Yee, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 555 S. Flower Street, 31st Floor, Los Angeles, CA 90071.  On April 12, 2013, I electronically served the document(s) described below via ECF:

**NOTICE OF DISMISSAL WITH PREJUDICE**

On the following part(ies) in this action:

> Roger M. Keithly III
> Keithly & Keithly
> Rancho Bernardo Courtyard
> 16935 West Bernardo Drive #207
> San Diego, CA 92127

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 12, 2013, at Los Angeles, California.

/s/*Stacie D. Yee*
Stacie D. Yee

SQUIRE SANDERS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

- 1 -