Squire Sanders (US) LLP
Stacie D. Yee (State Bar # 223544)
stacie.yee@squiresanders.com
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone: +1 213 624 2500
Facsimile: +1 213 623 4581

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Derek K. Smart, a married man,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Willis Huffman, a single man,<br><br>　　　　Defendant. | Case No. 13CV0022-GPC-KSC<br><br>**AMENDED NOTICE OF DISMISSAL WITH PREJUDICE** |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Derek K. Smart hereby voluntarily dismisses this action with prejudice. Defendant Willis Huffman has not yet served an answer or a motion for summary judgment, or otherwise appeared in these proceedings. Per the terms of a separate Settlement Agreement, each party shall bear his own attorneys' fees and costs.

　　　RESPECTFULLY SUBMITTED this 12th day of April, 2013.

　　　　　　　　　　　　　　　　　　SQUIRE SANDERS (US), LLP.


　　　　　　　　　　　　　　　　　　By:/s/ Stacie D. Yee
　　　　　　　　　　　　　　　　　　　Stacie D. Yee
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

NOTICE OF DISMISSAL

# CERTIFICATE OF SERVICE
(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is 555 South Flower Street, 31st Floor, Los Angeles, California 90071, which is located in the county where any non-personal service described below took place.

On April 12, 2013, a copy of the following document(s):

**AMENDED NOTICE OF DISMISSAL WITH PREJUDICE**

was served on:

Willis Huffman
c/o Roger Keithly
Keithly & Keithly PLC
16935 W. Bernardo Drive, Suite 207
San Diego, CA 92127
e-mail: bhuffma2@san.rr.com

Service was accomplished as follows.

☒ **By Express Service Carrier.** On the above date, I sealed the above document(s) in an envelope or package designated by Federal Express, an express service carrier, addressed to the above, and I deposited that sealed envelope or package in a box or other facility regularly maintained by the express service carrier, or delivered that envelope to an authorized courier or driver authorized by the express service carrier to receive documents, located in Los Angeles, California with delivery fees paid or otherwise provided for.

☒ **By E-mail.** by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on April 12, 2013, at Los Angeles, California.

/s/ *Stacie D. Yee*
Stacie D. Yee

SQUIRE SANDERS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

PROOF OF SERVICE